JONATHAN O. PENA, SBN#278044
2440 Tulare St. Ste. 320
Fresno, CA 93721
Ph: 559-439-9700, Fax: 559-439-9723
info@jonathanpena.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| MARY ANNETTE DENNEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NANCY A. BERRYHILL, DEPUTY COMMISSIONER FOR OPERATIONS, Performing the duties and functions not reserved to the Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 1:18-cv-00689-GSA<br><br>STIPULATION AND PROPOSED ORDER FOR AN EXTENSION OF TIME TO SERVE PLAINTIFF'S LETTER BRIEF |

　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for serving Plaintiff's LETTER BRIEF be extended from November 13, 2018, to November 19, 2018. This is Plaintiff's first request for an extension by stipulation of the parties. On 11/8/2018, Counsel received placement of two foster children aged two and five. The need to place the five-year-old child in school and the two-year-old child in day care created a shortage of time for Counsel. Counsel apologizes to the Court and all parties involved for any inconvenience caused by this delay.

Dated: November 15, 2018

　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　*/s/__Jonathan Omar Pena__*
　　　　　　　　　　　　　　　JONATHAN OMAR PENA
　　　　　　　　　　　　　　　Attorney for Plaintiff

1

1 | Dated: November 15, 2018     MCGREGOR W. SCOTT
2 |                              United States Attorney
3 |
4 |                              **(As authorized via email on 11/15/2018)**
  |                         By:  /s/_____
5 |                              Francesco Paulo Benavides
  |                              Office of the General Counsel/SSA
6 |                              Attorneys for Defendant
7 |
8 |
9 | IT IS SO ORDERED.
10|    Dated:  **November 15, 2018**              **/s/ Gary S. Austin**
11|                                         UNITED STATES MAGISTRATE JUDGE